UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEBRA RUCINSKI,

    Plaintiff,                                   Case No. 13-cv-14667
                                                   Hon. Matthew F. Leitman

v.

COUNTY OF OAKLAND, et al.,

    Defendants.
_____/

## ORDER STAYING CASE AND
## PERMITTING SUPPLEMENTAL BRIEFING

The United States Supreme Court is scheduled to hear oral argument in *Sheehan v. City and County of San Francisco*, 743 F.3d 1211 (9th Cir. 2014), *cert. granted*, 83 U.S.L.W. 3326 (U.S. Nov. 25, 2014) (No. 13-1412), on March 23, 2015.  In deciding *Sheehan*, the Supreme Court may address certain legal issues relevant to the motion for summary judgment currently pending before this Court. (*See* ECF #25.)  Accordingly, the Court believes that it is appropriate to (1) stay this action pending the Supreme Court's decision in *Sheehan* and (2) allow the parties to file supplemental briefs addressing *Sheehan* after the Supreme Court issues its opinion.

For the reasons stated above, **IT IS HEREBY ORDERED** that this action is **STAYED** until further order of this Court.  The Court will enter an order lifting

the stay after the Supreme Court issues its opinion in *Sheehan*.  **IT IS FURTHER ORDERED** that each party may file a supplemental brief (maximum of 10 pages) addressing *Sheehan* not more than 21 days after the Supreme Court issues its opinion.  The parties shall be responsible for monitoring the Supreme Court's docket and submitting their supplemental briefs, if any, in a timely fashion.

**IT IS SO ORDERED.**

                s/Matthew F. Leitman
                MATTHEW F. LEITMAN
                UNITED STATES DISTRICT JUDGE

Dated:  March 16, 2015

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 16, 2015, by electronic means and/or ordinary mail.

                s/Holly A. Monda
                Case Manager
                (313) 234-5113